UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

DEBI WALKER,

    Plaintiff,

v.                                     Case No: 6:13-cv-798-Orl-18DAB

RUBEN & ROSENTHAL, INC.,

    Defendant.

## ORDER

This cause comes before the Court on Plaintiff's Motion for Entry of Default Judgment (Doc. No. 15) filed August 27, 2013.

The United States Magistrate Judge has submitted a report recommending that the motion be granted in part. The Court having reviewed the report and recommendation of the magistrate judge, and there being no objections to the report, it is hereby

**ORDERED**

1. That the report and recommendation filed September 19, 2013 (Doc. No. 17) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. That the Clerk of the Court enter Judgment on behalf of the plaintiff and against defendant in the total amount of $1,000 statutory damages, $2,037.50 in attorney's fees and costs to be taxed by the Clerk.

3. The Clerk of the Court the shall close this case.

**DONE AND ORDERED** at Orlando, Florida, this 21 day of October, 2013.

                                                    G. KENDALL SHARP
                                          SENIOR UNITED STATES DISTRICT JUDGE

Copies to:
Counsel of Record